Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| JONNA MARKETS, LLC, a Michigan limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>QUICKIE STORES, INC., a Washington corporation d/b/a PLUM MARKET<br><br>Defendant. | Civil Action No. 2:12-CV-2232-MJP<br><br>**[PROPOSED] STIPULATED ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>Note on Motion Calendar:<br>April 11, 2013 |

1    WHEREAS, Plaintiff Jonna Markets, LLC ("Jonna"), filed this action against Quickie Stores, Inc. ("Quickie");

WHEREAS, the parties have agreed to settle this litigation and have executed a separate Settlement Agreement;

WHEREAS, the parties jointly request entry of this Order; and

WHEREAS, the Court has reviewed and approved the terms of this Order,

The Court HEREBY ORDERS as follows:

1. All claims, affirmative defenses, and counterclaims of both parties are hereby dismissed without prejudice;
2. Jonna and Quickie shall each bear its own cost and attorneys' fees; and
3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

SO ORDERED

Dated this _____ day of _____, _____

_____
Hon. Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Jointly presented by:

KNOBBE, MARTENS, OLSON & BEAR, LLP

*s/ Colin B. Heideman*
Colin B. Heideman

Attorneys for Plaintiff,
JONNA MARKETS, LLC

and

[PROPOSED] ORDER DISMISSING COMPL. WITHOUT PREJUDICE
Case No. 2:12-CV-2232-MJP

-1-

Knobbe, Martens, Olson & Bear, LLP
1420 Fifth Ave, Suite 3600, Seattle, WA 98101
(206)405-2000

1  FOSTER PEPPER PLLC

2  *s/ Douglas A. Grady (with permission)*
   Douglas A. Grady

3
   Attorneys for Defendant,
4  QUICKIE STORES, INC.

5

6

7  14701277

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER DISMISSING COMPL.**    -2-    Knobbe, Martens, Olson & Bear, LLP
**WITHOUT PREJUDICE**                            1420 Fifth Ave, Suite 3600, Seattle, WA 98101
**Case No. 2:12-CV-2232-MJP**                                            (206)405-2000